| | |
|---|---|
| GREENBERG TRAURIG, LLP<br>VINCENT H. CHIEFFO (SBN 49069)<br>LORI CHANG (SBN 228142)<br>2450 COLORADO AVENUE, SUITE 400E<br>Santa Monica, California  90404<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800 | E-FILED 8/7/2009<br><br>JS-6 |

Attorneys for Plaintiffs
GENE AUTRY MUSIC COMPANY, a
d.b.a. of THE AUTRY QUALIFIED
INTEREST TRUST, and GENE AUTRY'S
WESTERN MUSIC PUBLISHING CO., a
California corporation

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE AUTRY MUSIC COMPANY, a d.b.a. of THE AUTRY QUALIFIED INTEREST TRUST, and GENE AUTRY'S WESTERN MUSIC PUBLISHING CO., a California corporation,<br><br>            Plaintiffs,<br><br>vs.<br><br>PASSPORT INTERNATIONAL ENTERTAINMENT, LLC, a California corporation, and NINA'S DISCOUNT OLDIES, a Pennsylvania corporation,<br><br>            Defendants. | CASE NO.  CV-07-05510-GAF (VBKx)<br><br>[PROPOSED] JUDGMENT |

UPON THE COURT'S ORDER, dated January 14, 2009, finding interlocutory summary judgment in favor of Plaintiffs and against Defendants on the issue of liability for copyright infringement, AND UPON STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN, this Court hereby enters the following Judgment in this action.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. The Court has proper jurisdiction over the Parties and subject matter.

2. Plaintiffs Gene Autry Music Company, a d.b.a. of the Autry Qualified Interest Trust, and Gene Autry's Western Music Publishing Co., shall have judgment against, and recover from, the defendant Passport International Entertainment, LLC ("Passport") the sum of $17,500.00 (the "Judgment Amount"). Plaintiffs will receive payment of the Judgment Amount as a distribution on an allowed unsecured claim by Plaintiffs for that same amount in the bankruptcy matter filed by Passport in the Bankruptcy Court for the Central District of California, Case No. 08-13319-GM.

3. In addition, Plaintiffs shall have judgment for equitable relief against both defendants Passport and Nina's Discount Oldies (the "Defendants"). Accordingly, Defendants, their officers, directors, servants, employees, agents, licensees, attorneys, successors, affiliates, parents, subsidiaries, and assigns, and any and all persons in active concert or participation with any of them who receive notice of such judgment directly or otherwise, are permanently enjoined, from:

   a. Infringing the copyrights of Plaintiffs in the songs used and copied in the Gene Autry Collection including, without limitation, by manufacturing, importing, distributing, advertising, promoting, offering for sale and/or selling the infringing product or any other materials copied or derived from Plaintiffs' copyrighted songs;

   b. Assisting or authorizing any third party to engage in any of the actions prohibited by subparagraph (a) above; and

   c. Committing any acts calculated to cause purchasers to believe that the Gene Autry Collection is sold under the control and supervision of Plaintiffs, or

sponsored or approved by, or connected with, or guaranteed by, or produced under the control and supervision of Plaintiffs.

4. Further, pursuant to 17 U.S.C. § 503 and other applicable law, Defendants will deliver to Plaintiffs, within fourteen (14) calendar days upon entry of this Judgment, for impoundment and destruction all inventory of the Gene Autry Collection as well as all means for reproducing the Gene Autry Collection.

5. Each party shall bear its own attorneys' fees and costs in connection with this action; provided, however, that in the event any party to this Judgment files a motion or any other proceeding to enforce or interpret the terms of this Judgment, the prevailing party shall be entitled to recover its attorneys' fees and costs incurred in connection with such motion or proceeding.

6. The Court retains jurisdiction over the parties and this matter to the extent necessary to enforce this Judgment and any issues that might arise concerning this Judgment.

7. Defendants waive any further finding of fact and conclusions of law and all rights to appeal from this Judgment.

**SO ORDERED.**

Dated: ___August 6___, 2009

_____
HON. JUDGE GARY ALLEN FEESS
United States District Court